1
 2026 CO 1 The People of the State of Colorado and Department of Human Services, In Re Petitioners: B.J.S., and Concerning In the Interest of Minor Child: B.B. Respondent: No. 25SA204Supreme Court of Colorado, En BancJanuary 12, 2026
           Morgan
 County District Court Case No. 23JV30009 Honorable Dina M.
 Christiansen, Judge
 
 
          
 Attorneys for Department of Human Services: David W. Bute,
 Assistant County Attorney, Morgan County Fort Morgan,
 Colorado
 
 
          
 Attorney for B.J.S.: Josi McCauley, counsel for youth
 Superior, Colorado
 
 
          
 Attorneys for B.B.: Henson Law, LLC Patrick R. Henson Denver,
 Colorado
 
 2
 
          
 Attorney for the Morgan County District Court: Honorable Dina
 M. Christiansen Fort Morgan, Colorado
 
 
          
 Attorneys for Amici Curiae Office of the Child's
 Representative and National Association of Counsel for
 Children: Anna N. Ulrich Sheri Danz Kim Dvorchak Denver,
 Colorado
 
 
          
 ORDER DISCHARGED BY OPERATION OF LAW
 
 
           PER
 CURIAM
 
 3
 
          ¶1
 Chief Justice Marquez, Justice Samour, and Justice
 Berkenkotter are of the opinion that the order to show cause
 should be made absolute; whereas Justice Boatright, Justice
 Hood, and Justice Gabriel are of the opinion that it should
 be discharged.
 
 
          ¶2
 Because the court is equally divided, the order of the lower
 court is affirmed by operation of law. See C.A.R.
 35(b).